1 HEATHER E. WILLIAMS, SBN 122664
Federal Defender
2 LINDA C. ALLISON, SBN 179741
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, Third Floor
4 Sacramento, CA 95814
T: (916) 498-5700
5 F: (916) 498-5710

6 Attorneys for Defendant
ABDUL R GHAZNAWI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-po-00245-DB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO VACATE** |
| vs. | ) **TRIAL DATE AND REQUEST TO SET FOR** |
| | ) **STATUS CONFERENCE** |
| ABDUL R GHAZNAWI, | ) Judge: HON. DEBORAH BARNES |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Linda Allison, counsel for Mr. Ghaznawi, that **the bench trial, currently set to commence on January 30, 2023 may be vacated** and a **status conference may be set for February 28, 2023, 10:00 AM**. The parties specifically state as follows:

Mr. Ghaznawi is currently incarcerated and will not be released prior to the current trial date. Defense counsel requests additional time to prepare her client for trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 20, 2023  /s/ Linda Allison
LINDA ALLISON
Assistant Federal Defender
Attorneys for Defendant
ABDUL R GHAZNAWI

| | |
|---|---|
| Date: January 20, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Heiko Coppola*<br>HEIKO COPPOLA<br>Assistant United States Attorneys<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: January  23 , 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE